UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUR SUR MOUNTAIN RIDES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE US FOREST SERVICE, <br><br> Defendant. | Case No. 2:24-cv-10305-AB-SK <br><br> **[PROPOSED]** <br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting Motion to Dismiss First Amended Compliant, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;

2. This action is dismissed without prejudice; and

3. All dates in this action are vacated.

**IT IS SO ORDERED.**

Dated: August 26, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1